UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DESMOND WITHERSPOON,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SONAR PRODUCTION,<br><br>　　　　　　　　　　Defendant. | Civil Action No. 15-223 (SRC)<br><br>OPINION |

**CHESLER**, District Judge

　　This matter comes before the Court on the application filed by Plaintiff Desmond Witherspoon to proceed in forma pauperis without fees under 28 U.S.C. § 1915. The Court finds that Plaintiff qualifies for in forma pauperis status, yet his Complaint will be dismissed. The Court must examine Plaintiff's claim and dismiss it if frivolous or legally insufficient. 28 U.S.C. § 1915(e)(2). The Complaint asserts the Fair Labor Standards Act as its cause of action but alleges no facts at all. As such, Plaintiff has failed to state a facially plausible claim for relief. For the reasons provided in the Opinion for Civil Action No. 14-6296, Plaintiff is on notice that he may be sanctioned if he continues to file unsubstantiated and repetitive lawsuits. An appropriate Order will be filed.

　　　　　　　　　　　　　　　　　　　　　　　 s/Stanley R. Chesler
　　　　　　　　　　　　　　　　　　　　　　STANLEY R. CHESLER
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: January 30, 2015